**E-FILED**
Wednesday, 15 September, 2004  04:21:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | CIVIL NO. 03-CV-3273 |
| ) | |
| SURREY VACATION RESORTS, INC., a Missouri ) | |
| Corporation. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant Surrey Vacation Resorts, Inc.'s

Designation of Expert Witness and Report of Expert Witness, along with all information

required under Fed. R. Civ. P. 26(b)(2)(B), were served this 15th day of September, 2004 via fax

and first class United States Mail, postage prepaid, on:

Elizabeth Blackston, AAG
Consumer Fraud Bureau
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706


Respectfully Submitted,

BLACKWELL SANDERS PEPER MARTIN, LLP


_____J. Dale Youngs_____
J. Dale Youngs
Two Pershing Square

2300 Main Street, Suite 1100
Kansas City, Missouri 64108
(816) 983-8000
(816) 983-8080 (FAX)
dyoungs@blackwellsanders.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 15th day of September, 2004 via fax and first-class United States mail, postage pre-paid, to Elizabeth Blackston, Consumer Fraud Bureau, Office of the Attorney General, 500 South Second Street, Springfield, Illinois 62706, attorney for plaintiff.


_____J. Dale Youngs_____
Attorney for defendant